JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VARTER KALSTANIAN and BARTIGH TOROUSSIAN,<br><br>Plaintiffs,<br><br>v.<br><br>SAGE POINT LENDER SERVICES, LLC; NATIONSTAR MORTGAGE, LLC, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; AMERICAN BROKERS CONDUIT; ALL PERSONS UNKNOWN, CLAIMING ANY LEGAL OR EQUITABLE RIGHT, TITLE, ESTATE, LIEN, OR INTEREST IN THE PROPERTY DESCRIBED IN THE COMPLAINT ADVERSE TO PLAINTIFFS' TITLE, OR ANY CLOUD ON PLAINTIFFS' TITLE THERETO; and DOES 1-20, inclusive,<br><br>Defendants. | CV 13-5409 PA (AJWx)<br><br>JUDGMENT |

Pursuant to the Court's September 16, 2013 Minute Order granting the Motion to Dismiss filed by defendants Nationstar Mortgage LLC and Mortgage Electronic Registration Systems, Inc. (collectively "Defendants"), which dismissed all of the federal claims asserted by plaintiffs Varter Kalstanian and Bartigh Toroussian (collectively "Plaintiffs") with

1 prejudice, and declined to exercise supplemental jurisdiction over Plaintiffs' remaining state
2 law claims and dismissed those claims without prejudice,

3     IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiffs' federal
4 claims for violations of the Truth in Lending Act, RESPA, and Regulation Z are dismissed
5 with prejudice and Plaintiffs' remaining state law claims are dismissed without prejudice.

6     IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiffs take
7 nothing and that Defendants shall have their costs of suit.

8     IT IS SO ORDERED.

10 DATED: September 16, 2013     _____
11     Percy Anderson
    UNITED STATES DISTRICT JUDGE